## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INSULATE SB, INC., a California Corporation, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ABRASIVE PRODUCTS & EQUIPMENT, et al.,<br><br>        Defendants. | Civil Action No. 1:13-cv-01609-YK (Chief Judge Yvette Kane)<br><br>Filed Electronically<br><br>ORAL ARGUMENT REQUESTED |

## PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY AND MOTION TO SHORTEN TIME

Plaintiff Insulate SB, Inc., through its undersigned counsel, hereby moves this Court for an Order granting Plaintiff's Motion for Expedited Discovery and Motion to Shorten Time.

This motion is made pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and on the grounds that expedited discovery is required against Defendants to aid Plaintiff in supporting (1) its concurrently filed motion for preliminary injunction; and (2) its impending motion for class certification.

Because Defendants' unlawful and anticompetitive conduct is ongoing, Plaintiff must move expeditiously for a preliminary injunction to prevent further irreparable harm.  Accordingly, Plaintiff also respectfully requests that the Court shorten the time for Defendants to respond to this Motion and schedule an

DM1\3938903.3

2

expedited hearing, so that Plaintiff may promptly submit its brief and evidence in support of the Motion for Preliminary Injunction.

Given the urgency articulated herein, counsel for Plaintiff is unable to seek the agreement of Defendants regarding the relief requested.

The grounds for this motion are set forth in the following memorandum of law, all pleadings and records on file, and any additional briefing and argument presented to the Court.

DM1\3938903.3

Respectfully submitted,

s/ Christopher A. Nedeau

Christopher Nedeau (*Pro Hac Vice pending*)
Veronica L. Harris (*Pro Hac Vice pending*)
Natasha Saggar Sheth (*Pro Hac Vice pending*)
Catherine F. Ngo (*Pro Hac Vice pending*)
NOSSAMAN LLP
50 California Street
San Francisco, CA  94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
CNedeau@nossaman.com
VHarris@nossaman.com

s/ Lawrence H. Pockers

Wayne A. Mack (*Pro Hac Vice pending*)
Lawrence H. Pockers (PA ID 84589)
Robert M. Palumbos (*Pro Hac Vice pending*)
Andrew R. Sperl (*Pro Hac Vice pending*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1152
Facsimile: (215) 689-3595
WAMack@duanemorris.com
LHPockers@duanemorris.com

*Counsel for Plaintiff Insulate SB, Inc.*

June 19, 2013

DM1\3938903.3

## PROOF OF SERVICE

I certify that I served a copy of the foregoing Plaintiff's Motion for

Expedited Discovery and Motion to Shorten Time on the following parties by

certified mail:

Abrasive Products & Equipment
c/o National Registered Agents, Inc.
350 N. St. Paul Street
Suite 2900
Dallas, TX  75201-4234

Advanced Finishing Systems, Inc.
*Attn:*  Steven Edmondson
2304 N. Killingsworth
Portland, OR  97217

Air Power, Inc.
*Attn:*  William A. Ball
1430 Trinity Avenue
High Point, NC  27260

Airtech Spray Systems
*Attn:*  Joe A. Acosta
4303 Pinemont
Houston, TX  77018

Barnhardt Manufacturing Company
*Attn:*  Thomas L Barnhardt
1100 Hawthorne Lane
Charlotte, NC  28205

C.H. Reed, Inc.
301 Poplar Street
Hanover, PA  17331

C.J. Spray Inc.
6270 Claude Way E
Inver Grove Heights, MN  55076

Carolina Equipment & Supply Co. Inc. (CESCO Inc.)
*Attn*:  E. Larry Fulmer
7251 Cross Country Road
North Charleston, SC  29418

Clemtex, Inc.
*Attn:*  David E. Groves
248 McCarty Drive
Houston, TX  77029-1195

Coast Industrial Systems, Inc.
*Attn:*  Larry L. Onstott, Jr.
3004 Main Street
San Diego, CA  92113

Coatings Holdings, Ltd.
*Attn:*  Jed L. Stellmacher
575 Commercial Avenue
Green Lake, WI  54941

Corrosion Specialties, Inc.
*Attn:*  John M. Steinmann
2332 Street Derville
Atlanta, GA  30345

Demilec (USA) LLC
*Attn:*  James C. Ash, Jr.
1521 North Cooper Street
Suite 725
Arlington, TX  76011

Dove Equipment Co., Inc.
*Attn:*  Francisco Javier Salazar
723 Sabrina Drive
East Peoria, IL 61611

Endisys Fluid Delivery Systems
14329 Northdale Boulevard
Rogers, MN  55374

DM1\3938903.3

F&S Equipment and Supplies, Inc.
*Attn:*  Albert Gerald McVay
3221 2nd Avenue South
Birmingham, AL  35201

Golden State Paint Corporation
*Attn:*  Albert Damon Kovacs
6841 E. Septimo Street
Long Beach, CA  90815

Graco, Inc.
c/o Corporation Service Company
380 Jackson Street #700
St. Paul, MN  55101

Graco Minnesota, Inc.
380 Jackson Street #700
St. Paul, MN  55101

Hydraflow Equipment Co.
*Attn:*  Kenneth A. Taylor
8125 Brentwood Industrial Drive
St. Louis, MO  63144

Intech Equipment & Supply, LLC
*Attn:*  Gary A. Drummond
2525 E. Arizona Biltmore Circle
#117
Phoenix, AZ  85016

Jack De Mita
329 Kenridge Road
Fairlawn, OH  44333-3431

Marco Group International, Inc. (MARCO)
*Attn:*  Franklin S. Mitvalsky
1755 Plymouth Drive
Bettendorf, IA  52722

MCC Equipment & Service Center
*Attn:*  Linda Graham
7301 Georgetown Road
Suite 210
Indianapolis, IN  46268

N.C.F.I. Polyurethanes
(Div. of Barnhardt Manufacturing Company)
P.O. Box 1528
1515 Carter Street
Mount Airy, NC  27030

Midway Industrial Supply
100 S. 5th Street #1075
Minneapolis, MN  55402

The Paint Project
*Attn:*  Robert L. Zaffino
71 West Street
Medfield, MA  02052

Specialty Products, Inc.
*Attn:*  Dan Helton
2410 104th St Ct S
Suite D
Lakewood, WA  98499

Spray Foam Nation
(Registered under Energy Independence Inc.)
c/o Secretary of the State
30 Trinity Street
Hartford, CT  06106-0470

Spray Foam Systems, Inc.
*Attn:*  Jennifer Anna Hunter
1502 Airport Road
Greensboro, GA  30642

4

Spray Pump, Inc.
*Attn:* Willie E. Herrington
719 E. Pearce
Baytown, TX  77520

Spray-Quip, Inc.
*Attn:* Herbert S. Chilman, Jr.
1754 De Jardines
Houston, TX  77023

Ultimate Linings, Ltd.
*Attn:* Alan N. Magenheim
3701 Kirby Drive
Suite 764
Houston, TX  77098

Urethane Supply Company
(registered Under Signal Ventures Inc.)
*Attn:* Keith R. Lammon
264 Kirk Road SW
Rainsville, AL  35986

s/ Lawrence H. Pockers
Lawrence H. Pockers

June 19, 2013

5