# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INSULATE SB, INC., a California Corporation, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ABRASIVE PRODUCTS & EQUIPMENT, et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:13-cv-01609-YK<br>(Chief Judge Yvette Kane) |

## ORDER

Upon consideration of Plaintiff's Motion for Expedited Discovery, and in accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT** Plaintiff's motion is **GRANTED**, as follows:

1. Plaintiff's Requests for Admissions, Interrogatories, and Requests for Production, attached as Exhibits A through F to Plaintiff's Motion for Expedited Discovery are deemed served on Defendants as of the date of this Order.

2. Defendants shall have seven (7) days from the date of this Order to respond to the discovery requests.

3. Responses to Plaintiff's discovery requests shall be served by electronic mail to vharris@nossaman.com and RMPalumbos@duanemorris.com.  Documents

2

shall be produced in electronic format via an STP site seven days from the date of this Order.

4. Defendant Graco is hereby ordered to consent to Plaintiff's access and use of facts, information, documents, or analysis obtained in the Gama/PMC litigation. This consent includes permitting Plaintiff's expert to access and use facts, information, documents, or analysis they may have obtained in the Gama/PMC litigation. Such consent is effective immediately.

Dated: June __, 2013

_____
United States District Judge