# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INSULATE SB, INC., a California Corporation, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>ABRASIVE PRODUCTS & EQUIPMENT, et al.,<br><br>               Defendants. | Civil Action No. 1:13-cv-01609-YK<br>(Chief Judge Yvette Kane)<br><br>**CERTIFICATE OF SERVICE<br>BY U.S. MAIL**<br><br>Filed Electronically |

# CERTIFICATE OF SERVICE

The undersigned declares:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 50 California Street, 34th Floor, San Francisco, CA 94111.

On July 3, 2013, I served the foregoing on parties to the within action as follows:

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.**

[✓] (By U.S. Mail) On the same date, at my said place of business, a true copy thereof enclosed in a sealed envelope, addressed as shown on the attached service list was placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at San Francisco, California.

Executed on July 3, 2013.

[✓] (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Joy Morla

# SERVICE LIST

Abrasive Products & Equipment
c/o National Registered Agents, Inc.
350 N. St. Paul Street
Suite 2900
Dallas, TX 75201-4234

Air Power, Inc.
*Attn:* William A. Ball
1430 Trinity Avenue
High Point, NC 27260

Barnhardt Manufacturing Company
*Attn:* Thomas L Barnhardt
1100 Hawthorne Lane
Charlotte, NC 28205

C.J. Spray Inc.
6270 Claude Way E
Inver Grove Heights, MN 55076

Clemtex, Inc.
*Attn:* David E. Groves
248 McCarty Drive
Houston, TX 77029-1195

Coatings Holdings, Ltd.
*Attn:* Jed L. Stellmacher
575 Commercial Avenue
Green Lake, WI 54941

Demilec (USA) LLC
*Attn:* James C. Ash, Jr.
1521 North Cooper Street
Suite 725
Arlington, TX 76011

Advanced Finishing Systems, Inc.
*Attn:* Steven Edmondson
2304 N. Killingsworth
Portland, OR 97217

Airtech Spray Systems
*Attn:* Joe A. Acosta
4303 Pinemont
Houston, TX 77018

C.H. Reed, Inc.
301 Poplar Street
Hanover, PA 17331

Carolina Equipment & Supply Co. Inc.
(CESCO Inc.)
*Attn*: E. Larry Fulmer
7251 Cross Country Road
North Charleston, SC 29418

Coast Industrial Systems, Inc.
*Attn:* Larry L. Onstott, Jr.
3004 Main Street
San Diego, CA 92113

Corrosion Specialties, Inc.
*Attn:* John M. Steinmann
2332 Street Derville
Atlanta, GA 30345

Dove Equipment Co., Inc.
*Attn:* Francisco Javier Salazar
723 Sabrina Drive
East Peoria, IL 61611

*[continued on next page]*

Endisys Fluid Delivery Systems
14329 Northdale Boulevard
Rogers, MN 55374

Golden State Paint Corporation
*Attn:* Albert Damon Kovacs
6841 E. Septimo Street
Long Beach, CA 90815

Graco Minnesota, Inc.
380 Jackson Street #700
St. Paul, MN 55101

Intech Equipment & Supply, LLC
*Attn:* Gary A. Drummond
2525 E. Arizona Biltmore Circle #117
Phoenix, AZ 85016

Marco Group International, Inc. (MARCO)
*Attn:* Franklin S. Mitvalsky
1755 Plymouth Drive
Bettendorf, IA 52722

N.C.F.I. Polyurethanes
(Div. of Barnhardt Manufacturing Company)
P.O. Box 1528
1515 Carter Street
Mount Airy, NC 27030

The Paint Project
*Attn:* Robert L. Zaffino
71 West Street
Medfield, MA 02052

F&S Equipment and Supplies, Inc.
*Attn:* Albert Gerald McVay
3221 2nd Avenue South
Birmingham, AL 35201

Graco, Inc.
c/o Corporation Service Company
380 Jackson Street #700
St. Paul, MN 55101

Hydraflow Equipment Co.
*Attn:* Kenneth A. Taylor
8125 Brentwood Industrial Drive
St. Louis, MO 63144

Jack De Mita
329 Kenridge Road
Fairlawn, OH 44333-3431

MCC Equipment & Service Center
*Attn:* Linda Graham
7301 Georgetown Road
Suite 210
Indianapolis, IN 46268

Midway Industrial Supply
100 S. 5th Street #1075
Minneapolis, MN 55402

Specialty Products, Inc.
*Attn:* Dan Helton
2410 104th St Ct S
Suite D
Lakewood, WA 98499

*[continued on next page]*

Spray Foam Nation
(Registered under Energy Independence Inc.)
c/o Secretary of the State
30 Trinity Street
Hartford, CT  06106-0470

Spray Pump, Inc.
*Attn:*  Willie E. Herrington
719 E. Pearce
Baytown, TX  77520

Ultimate Linings, Ltd.
*Attn:*  Alan N. Magenheim
3701 Kirby Drive
Suite 764
Houston, TX  77098

Spray Foam Systems, Inc.
*Attn:*  Jennifer Anna Hunter
1502 Airport Road
Greensboro, GA  30642

Spray-Quip, Inc.
*Attn:*  Herbert S. Chilman, Jr.
1754 De Jardines
Houston, TX  77023

Urethane Supply Company
(registered Under Signal Ventures Inc.)
*Attn:*  Keith R. Lammon
264 Kirk Road SW
Rainsville, AL  35986