IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INSULATE SB, INC., <br> Plaintiff | No. 1:13-cv-1609 <br><br> (Chief Judge Kane) |
| vii. | Jury Trial Demanded |
| ABRASIVE PRODUCTS & <br> EQUIPMENT, et al. | |

## ORDER

AND NOW, this 15th day of July, 2013, IT IS ORDERED that the Defendant Spray Foam Systems, LLC is granted an extension to August 29, 2013 to respond by Answer or Motion to Plaintiff's Class Action Complaint.

IT IS FURTHER ODERED that the Defendant Spray Foam Systems, LLC is granted an extension until July 22, 2013 to file a Brief in Opposition to Plaintiff's Motion for Expedited Discovery and Motion to Shorten Time.

s/Yvette Kane
Chief Judge Yvette Kane
United States District Court
Middle District of Pennsylvania