UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INSULATE SB, INC., a California Corp., individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> ABRASIVE PRODUCTS & EQUIPMENT, *et al*. <br><br> *Defendants*. | Case No. 1:13–cv–01609–YK <br><br> (Chief Judge Yvette Kane) <br><br> **ORAL ARGUMENT REQUESTED** <br><br><br> Filed Electronically |

**Graco Inc. and Graco Minnesota Inc.'s Motion Under 28 U.S.C. § 1404(a) to Transfer Venue to the Federal District of Minnesota**

Defendants Graco Inc. and Graco Minnesota Inc., by and through their attorneys, hereby move the Court under 28 U.S.C. § 1404(a) for an Order transferring this action to the United States District Court for the District of Minnesota.

In support of their Motion, Defendants submit the attached Memorandum of Law (with enclosed Certificates), the Declaration of Mahesha Subbaraman (with enclosed Exhibits and Unpublished Opinions), the Declaration of Mark Sheahan, and the Declaration of Tim White.

Dated: July 19, 2013  **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: _____*s/ Walter W. Cohen*_____

Walter W. Cohen (PA 12097)
Kevin J. Kehner (PA 33539)

200 Locust Street — Suite 400
Harrisburg, PA 17101–1508

T: 717–234–9730
F: 717–234–9734

walter.cohen@obermayer.com

**ROBINS, KAPLAN, MILLER & CIRESI, LLP**

Anne M. Lockner (*pro hac vice* MN 295516)
Stephen P. Safranski (*pro hac vice* MN 331326)
Kellie Lerner (*pro hac vice* NY 4446472)
George D. Carroll (*pro hac vice* MN 350436)
Mahesha P. Subbaraman (*pro hac vice* MN 392486)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015

T: 612–349–8500
F: 612–339–4181

spsafranski@rkmc.com

*Attorneys for Defendants Graco Inc. and
    Graco Minnesota Inc.*

2