# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INSULATE SB, INC., a California Corp., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ABRASIVE PRODUCTS & EQUIPMENT, *et al*.<br><br>*Defendants*. | Case No. 1:13–cv–01609–YK<br><br>(Chief Judge Yvette Kane)<br><br><br><br>Filed Electronically |

## [Proposed] Order Granting the Moving Defendants' Expedited Motion for an Enlargement of Time to Respond to the Complaint

The above-captioned Motion brought by Defendants Abrasive Products & Equipment, LLC (APE), Advanced Finishing Systems, Inc., Air Power, Inc., Airtech Spray Systems, Barnhardt Manufacturing Company, C.J. Spray Inc., Coatings Holdings Ltd., Corrosion Specialties, Inc., Demilec (USA), LLC, EnDiSys Fluid Delivery Systems, F&S Equipment and Supplies, Inc., Graco Inc. and Graco Minnesota Inc. ("Graco"), Hydraflow Equipment Co., Marco Group International, Inc., Midway Industrial Supply, Specialty Products, Inc., Spray Foam Systems, LLC, Spray-Quip,

Inc., The Paint Project, and Ultimate Linings, Ltd. (collectively, "Moving Defendants") is GRANTED and it is ORDERED that:

1. The Moving Defendants' deadline to file a responsive pleading to Plaintiff's Class Action Complaint (Dkt. 1) is EXTENDED until 30 days after this Court's ruling on Graco's Motion under 28 U.S.C. § 1404(a) to Transfer Venue to the Federal District of Minnesota (Dkt. 67).

Dated: August ___, 2013

                                                     The Honorable Yvette Kane
                                                   Chief Judge, United States District Court