IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| INSULATE SB, INC., et al.,<br>                     *Plaintiffs*<br><br>v.<br><br>ABRASIVE PRODUCTS &<br>EQUIPMENT, et al,<br>                     *Defendants* | Civil Action No. 1:13-CV-01609-YK<br>(Chief Judge Yvette Kane) |
|---|---|

**ORDER**

AND NOW, September 12th, 2013, upon consideration of the Second Motion of Defendant C. H. Reed, Inc., to extend the time within which it may respond to the Complaint, said Motion is granted. Defendant C. H. Reed, Inc., shall file a responsive pleading to Plaintiff's complaint within thirty days of the Court's decision on the pending motion to transfer venue.

BY THE COURT:

*/s/ Yvette Kane*
Yvette Kane, Chief Judge